TOWN OF GREENBURGH, Respondent, *v.* BERT F. BUSER et al., Appellants.

Submitted October 3, 1955; decided October 13, 1955.

*Davis M. Zimmerman* for motions.

No one opposed.

Motion to dismiss appeal granted and appeal dismissed, with costs and $10 costs of motion, upon the ground that no constitutional question was properly raised in the court below. (See *Rector, etc., of Church of Holy Trinity* v. *Melish,* 301 N. Y. 679.)